IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PRINICS CO., LTD,<br><br>  Defendant. | Civil Action No.: 6:22-cv-00875<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff KT Imaging USA, LLC ("KTI" or "Plaintiff"), by way of this Complaint against Prinics Co., Ltd. ("Prinics" or "Defendant"), alleges patent infringement by the Defendant as set forth herein.

**RELATEDNESS TO OTHER CASES**

This action is related to other actions considered by the District Court for the Western District of Texas, Waco Division. Specifically, KT Imaging asserted both U.S. Patent No. 6,876,544 and U.S. Patent No. 7,196,322 ("Patents-in-Suit") in other actions that it had previously filed in in the Waco Division, and the Waco Division Court had construed claims of both of those Patents-in-Suit. The Waco Division Court had also considered numerous motions, including a motion relating to an expert report, and resolved disputes between parties relating to the technology at issue in these patents. The following is a list of KT Imaging actions involving both Patents-in-Suit considered by the Waco Division Court:

- *KT Imaging USA, LLC v. AsusTek Computer Inc.* (6:20-cv-300) (Claim Construction Order, Dkt. 40, Albright, J.);

1

- *KT Imaging USA, LLC v. Dell Technologies and Dell Inc.* (6:21-cv-1004); and
- *KT Imaging USA, LLC v. Microsoft Corp.* (6:21-cv-1000).

The following is a list of KT Imaging actions involving the '322 Patent:

- *KT Imaging USA, LLC v. Apple Inc.* (6:21-cv-1002).

## PARTIES

1. Plaintiff KT Imaging USA, LLC is a limited liability company organized and existing under the laws of the State of Texas, having its principal place of business at 106 E 6th Street, Suite 900, Austin, TX 78701.

2. On information and belief, Defendant Prinics Co., Ltd. is a corporation organized and existing under the laws of South Korea, having its principal place of business at 197-50, Saneop Road, 156th Street, Suwon, Gyeonggi, South Korea 16648.

## JURISDICTION AND VENUE

3. This is an action under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*, for infringement by Prinics of claims of U.S. Patent No. 6,876,544 and U.S. Patent No. 7,196,322 (collectively "the Patents-in-Suit").

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Prinics is subject to personal jurisdiction of this Court because, *inter alia*, on information and belief, (i) Prinics has committed and continues to commit acts of patent infringement in the State of Texas, including by making, using, offering to sell, selling, and/or importing the accused products into Texas including in this Judicial District; (ii) Prinics purposefully supplies and directs the accused products for storage, warehousing, and/or sales by distributors and resellers in the State of Texas including in this Judicial District; (iii) Prinics delivers its products into the stream of commerce with the expectation that they will be purchased by consumers in the State

of Texas including in this Judicial District and derive revenues from products sold to Texas residents.

6. In addition, or in the alternative, this Court has personal jurisdiction over Defendant pursuant to Fed. R. Civ. P. 4(k)(2).

7. Venue is proper in this district under 28 U.S.C. 1391(c) because, *inter alia*, Defendant is a foreign corporation.

## BACKGROUND

8. On April 5, 2005, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,876,544 ("the '544 Patent"), entitled "Image Sensor Module and Method for Manufacturing the Same."

9. On March 27, 2007, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,196,322 ("the '322 Patent"), entitled "Image Sensor Package."

10. KTI is the assignee and owner of the right, title, and interest in and to the Patents-in-Suit, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement it.

11. Prinics has infringed and continues to infringe the Patents-in-Suit by making, using, selling, or offering for sale in the United States, or importing into the United States video technology products, such as security cameras and/or video doorbells, with image sensors.

## COUNT I: INFRINGEMENT OF THE '544 PATENT BY PRINICS

12. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

13. On information and belief, Prinics has infringed the '544 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States, or importing into the United States the Accused Products, including Kodak Mini Shot Instant Camera, Kodak Mini Shot Combo C210, Kodak Mini Shot 2 Instant Camera,

Kodak Mini Shot 2 Retro Instant Camera, Kodak Mini Shot 3 Square Instant Camera, Kodak Mini Shot 3 Square Retro Instant Camera, Kodak PRINTOMATIC Instant Print Camera, Kodak SMILE Classic 2-in-1 Camera and Printer, Kodak Smile Instant Print Digital Camera, Kodak STEP Instant Print Digital Camera, Kodak STEP Touch Instant Print Digital Camera, and all other products with substantially similar imaging sensors.

14.     For example, Prinics has infringed and continues to infringe at least claim 1 of the '544 Patent by including an image sensor module to be mounted to a printed circuit board in the Kodak C210 product.  *See* Ex. 1 (cross-sectional image of the Kodak C210 image sensor).  The image sensor module in the Accused Products comprises a substrate having an upper surface formed with a plurality of first connection points, and a lower surface formed with a plurality of second connection points, which is electrically connected to the printed circuit board.  *See* Exs. 2-5 (Kodak C210 image sensor).  The image sensor module further comprises a photosensitive chip mounted to the upper surface of the substrate.  *See* Ex. 2 (Kodak C210 image sensor).  The image sensor module further comprises a plurality of wires for electrically connecting the photosensitive chip to the first connection points on the upper surface of the substrate.  *See* Exs. 6-7 (Kodak C210 image sensor).  The image sensor module further comprises a frame layer mounted to the upper surface of the substrate to surround the photosensitive chip, an inner edge of the frame layer being formed with an internal thread from top to bottom, and a transparent layer being fixed by the frame layer such that the photosensitive chip may receive optical signals passing through the transparent layer.  *See* Exs. 1, 4, 8-11 (Kodak C210 image sensor).  The image sensor module further comprises a lens barrel formed with a chamber at the center thereof and an external thread at an outer edge thereof, the external thread being screwed to the internal thread of the frame layer, wherein the lens barrel has a through hole and an aspheric lens from

top to bottom.  *See* Ex. 1 (cross-sectional image of the Kodak C210 image sensor).

15.     On information and belief, Prinics has induced infringement of the '544 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributers, customers, and end users, to make, use, sell, and/or offer to sell in the United States, and/or import into the United States, the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

16.     On information and belief, Prinics has committed the foregoing infringing activities without a license.

17.     On information and belief, Prinics knew the '544 Patent existed and knew of exemplary infringing Prinics products while committing the foregoing infringing acts thereby willfully, wantonly and deliberately infringing the '544 Patent.

## COUNT II: INFRINGEMENT OF THE '322 PATENT BY PRINICS

18.     Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

19.     On information and belief, Prinics has infringed the '322 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States, or importing into the United States the Accused Products and all other products with substantially similar imaging sensors.

20.     For example, on information and belief, Prinics has infringed and continues to infringe at least claim 1 of the '322 Patent by including an image sensor module in the Kodak Mini Shot 2 product.  *See* Ex. 12 (cross-sectional image of the Kodak Mini Shot 2 image sensor).  The image sensor module structure in the Accused Products comprises a substrate having an upper surface,

and a lower surface on which second electrodes are formed. *See* Exs. 13-14 (Kodak Mini Shot 2 image sensor). The image sensor module structure in the Accused Products further comprises a frame layer arranged on the upper surface of the substrate, a cavity formed between the frame layer and substrate, a cavity formed between the frame layer and substrate, and a plurality of first electrodes are formed on the frame layer. *See* Exs. 15-16 (Kodak Mini Shot 2 image sensor). The image sensor module structure in the Accused Products further comprises a photosensitive chip mounted on the upper surface of the substrate and located within the cavity, and electrically connected to the first electrodes of the frame layer. *See* Exs. 14 and 13 (Kodak Mini Shot 2 image sensor). The image sensor module structure in the Accused Products further comprises a lens holder having an upper end face, a lower end face, and an opening penetrating through the lens holder from the upper end face to the lower end face, the upper end of the opening formed with an internal thread and the lower end of the opening formed with a breach, so that the internal diameter of the upper end of the opening is smaller than the lower end of the opening, the lens holder adhered on the upper surface of the substrate by glue, wherein, the frame layer is located within the breach of the lens holder. *See* Exs. 12-13 (Kodak Mini Shot 2 image sensor). The image sensor module structure in the Accused Products further comprises a lens barrel having an upper end face and a lower end face, a lower end face, and an external thread screwed to the internal thread of the lens holder. *See* Ex. 12 (cross-sectional image of the (Kodak Mini Shot 2 image sensor).

21.   On information and belief, Prinics has induced infringement of the '322 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributers, customers, and end users, to make, use, sell, and/or offer to sell in the United States, and/or import into the United States,

the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

22. On information and belief, Prinics has committed the foregoing infringing activities without a license.

23. On information and belief, Prinics knew the '322 Patent existed and knew of exemplary infringing Prinics products while committing the foregoing infringing acts thereby willfully, wantonly and deliberately infringing the '322 Patent.

## PRAYER FOR RELIEF

WHEREFORE, KTI prays for judgment in its favor against Prinics for the following relief:

A. Entry of judgment in favor of KTI against Prinics on all counts;

B. Entry of judgment that Prinics has infringed the Patents-in-Suit;

C. An order permanently enjoining Prinics from infringing the Patents-in-Suit;

D. Award of compensatory damages adequate to compensate KTI for Prinics' infringement of the Patents-in-Suit, in no event less than a reasonable royalty as provided by 35 U.S.C. § 284;

E. KTI's costs;

F. Pre-judgment and post-judgment interest on KTI's award; and

G. All such other and further relief as the Court deems just or equitable.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Fed. R. Civ. P., Plaintiff KTI hereby demands trial by jury in this action of all claims so triable.

Dated:  August 22, 2022

                                          */s/ Dmitry Kheyfits*
                                          Dmitry Kheyfits
                                          dkheyfits@kblit.com
                                          Brandon G. Moore
                                          bmoore@kblit.com
                                          KHEYFITS BELENKY LLP
                                          108 Wild Basin Road, Suite 250
                                          Austin, TX 78746
                                          Tel: 737-228-1838
                                          Fax: 737-228-1843

                                          Andrey Belenky
                                          abelenky@kblit.com
                                          Hanna G. Cohen
                                          hgcohen@kblit.com
                                          KHEYFITS BELENKY LLP
                                          80 Broad Street, 5th Floor
                                          New York, NY 10004
                                          Tel: 212-203-5399
                                          Fax: 212-203-6445

                                          **THE MORT LAW FIRM, PLLC**
                                          501 Congress Ave., Suite 150
                                          Austin, Texas 78701
                                          Tel/Fax: (512) 865-7950


                                          *Attorneys for Plaintiff*
                                          *KT Imaging USA, LLC*